Roosevelt N. Nesmith, Esq.
Law Office of Roosevelt Nesmith, LLC
363 Bloomfield Avenue, Suite 2C
Montclair, NJ  07042
Tel.: (973)259-6990
Fax: (866) 848-1368
Email: roosevelt@nesmithlaw.com

Christopher B. Healy, Esq. (N.J. Bar No. 013212005)
Bathgate, Wegener & Wolf, P.C.
One Airport Road
Lakewood, New Jersey 08701
Phone: 732-363-0666
Facsimile: 732-363-9864
Email: chealy@bathweg.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

**CASE NO.  2:16-cv-02714-CCC-JBC**

---

BARBRA BOWLES, and LATASHA JACKSON,
on behalf of themselves and all others
similarly situated,

       Plaintiffs,

           v.

FAY SERVICING, LLC, AMERICAN MODERN
HOME INSURANCE COMPANY, and
SOUTHWEST BUSINESS CORPORATION,

       Defendants.

---

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

     Plaintiffs Barbra Bowles and Latasha Jackson, pursuant to Federal Rules of Civil

Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss the above action, without prejudice.

Plaintiffs file this Notice of dismissal with the Clerk of the United States District Court, District

of New Jersey, before Defendants served an answer or a motion for summary judgment.

Respectfully submitted this 21st day of March 2017.

By:/s/ Christopher Healy

By: /s/ Roosevelt Nesmith

| | |
|---|---|
| Christopher Healy, Esq.<br>N.J. Bar No. 013212005<br>mdicicco@bathweg.com<br>**BATHGATE, WEGENER & WOLF, P.C.**<br>One Airport Road<br>P.O. Box 2043<br>Lakewood, New Jersey 08701<br>Phone: 732-363-0666<br>*Counsel for Plaintiffs* | Roosevelt N. Nesmith, Esq.<br>roosevelt@nesmithlaw.com<br>**LAW OFFICE OF ROOSEVELT N. NESMITH, LLC**<br> 363 Bloomfield Avenue, Suite 2C<br>Montclair, NJ  07042<br>Tel.: (973)259-6990<br>Fax: (866) 848-1368<br>*Counsel for Plaintiffs* |
| Adam M. Moskowitz, Esq.<br>amm@kttlaw.com<br>Rachel Sullivan, Esq.<br>rs@kttlaw.com<br>Robert J. Neary, Esq.<br>rn@kttlaw.com<br>**KOZYAK, TROPIN, & THROCKMORTON P.A.**<br>2525 Ponce de Leon Blvd. 9th Floor<br>Coral Gables, FL 33134<br>Telephone:  (305) 372-1800<br>Facsimile:   (305) 372-3508<br>*Counsel for Plaintiffs* | Lance A. Harke, Esq.<br>lharke@harkeclasby.com<br>Sarah Engel, Esq.<br>sengel@harkeclasby.com<br>Howard M. Bushman, Esq.<br>hbushman@harkeclasby.com<br>**HARKE CLASBY & BUSHMAN LLP**<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>Telephone:     (305) 536-8220<br>Facsimile:      (305) 536-8229<br>*Counsel for Plaintiffs* |
| Aaron S. Podhurst, Esq.<br>apodhurst@podhurst.com<br>Peter Prieto, Esq.<br>pprieto@podhurst.com<br>Stephen F. Rosenthal, Esq.<br>srosenthal@podhurst.com<br>**PODHURST ORSECK, P.A.**<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, Florida 33130<br>Telephone: 305-358-2800<br>Facsimile: 305-358-2382<br>*Counsel for Plaintiffs* | SO ORDERED<br><br>    *s/Claire C. Cecchi*<br>Claire C. Cecchi, U.S.D.J.<br><br>Date:   3/24/17 |